# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In the matter of: | Ruth I. Baez | Case No. | 15-23635 JNP |
| **(Debtor)** | Ruth I. Baez | | |
| | | **Adversary No.** | |
| **(Plaintiff)** | New Jersey Department of Labor Division of Unemployment and Disability Insurance | | |
| **(Defendant)** | Ruth I. Baez | | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | United States Bankruptcy Court<br>Camden Vicinage<br>401 Market St.<br>Camden, NJ 08102 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | JOHN J. HOFFMAN, Acting Attorney General of New Jersey<br>James M. Bennett, Deputy Attorney General<br>PO Box 119<br>Trenton NJ 08625-0119 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: | United States Bankruptcy Court<br>401 Market St.<br>Camden, NJ 08102 | **Room #** |
|---|---|---|
| | | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

JAMES J. WALDRON
Clerk of the Bankruptcy Court

Date                    By:            Deputy Clerk

**MEDIATION OF ALL DISPUTES IS ENCOURAGED AND IS AVAILABLE PURSUANT TO D.N.J. LBR 9019-2.  THE PRACTITIONER'S GUIDE TO THE MEDIATION PROCESS IS AVAILABLE IN THE BANKRUPTCY COURT CLERK'S OFFICE AND IN EACH COURTROOM.  THE GUIDE CONTAINS AN OVERVIEW OF THE MEDIATION PROCESS, SAMPLE FORMS, THE REGISTER OF MEDIATORS AND APPLICABLE LOCAL RULES.**

# CERTIFICATE OF SERVICE

I, _____ , certify that I am, and at all times during the service
   (name)

of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made

_____ by:
   (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ ,
   as follows: [Describe briefly]                                                      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                          Signature

| Print Name |   |   |
|---|---|---|
| James M. Bennett, Deputy Attorney General |   |   |
| Business Address |   |   |
| Richard J. Hughes Justice Complex, 25 Market Street, PO Box 119 |   |   |
| City | State | Zip |
| Trenton | NJ | 08625-0119 |