## State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 119<br>TRENTON, NJ 08625-0119 | JOHN J. HOFFMAN<br>*Acting Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Acting Director* |

October 9, 2015

<u>Filed Electronically</u>
Clerk, U.S. Bankruptcy Court
District of New Jersey
Camden Vicinage
401 Market St.
Camden, NJ 08102

    Re:    New Jersey Department of Labor  v. Ruth I. Baez
           Case No. 15-23635 JNP

Dear Clerk:

    Enclosed please find the New Jersey Department of Labor's Complaint, Summons and Notice of Pretrial Conference in an Adversary Proceeding.  Payment of the $350.00 filing fee is being made in accordance with the United States Bankruptcy Court's Mandatory Internet Credit Card Module under separate arrangements.

    Thank you for your attention with regard to this matter.

           Respectfully submitted,

           JOHN J. HOFFMAN
           ACTING ATTORNEY GENERAL OF NEW JERSEY

        By:  /s/ James M. Bennett
             James M. Bennett 000351973
             Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 984-2951 • FAX: (609) 777-3055
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*