| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>JOHN J. HOFFMAN<br>ACTING ATTORNEY GENERAL OF NEW JERSEY<br>James M. Bennett, Deputy Attorney General<br>PO BOX 119<br>TRENTON NJ 08625-0119<br>(609) 984-2901 | |
| In Re:<br>Ruth I. Baez | Case No.: 15-23635<br><br>Chapter: 7<br><br>Hearing Date:    N/A |
| NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT, DIVISION OF UNEMPLOYMENT AND DISABILITY INSURANCE,<br><br>              Plaintiff(s),<br>v.<br><br>RUTH I. BAEZ,<br><br>              Defendant(s). | Adv. No.: 15-02295 JNP<br><br>Judge: Hon. Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1.  I, ___Fredric Burger Jr.___:

    [ ]  represent the _____ in the above captioned matter.

    [✓]  am the secretary/paralegal for __James M. Bennett__, who represents the __NJ Department of Labor__ in the above captioned matter.

    ☐  am the _____ in the above case and am representing myself.

- 1 -

2. On __December 15, 2015__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Cover Letter, Request for Entry of Default, Certification of DAG, Request for Entry of Default Judgment, Certification of Client, Proposed Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  December 15, 2015         _/s/ Fredric Burger Jr._____
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ruth I. Baez<br>25 S. Church Rd., Unit 106<br>Maple Shade, NJ<br>08052-3071 | Debtor | ☐ Hand-delivered<br>[✓] Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Thomas G. Egner<br>McDowell, Posternock, Apell & Detrick<br>46 W. Main St.<br>Maple Shade, NJ<br>08052-2432 | Attorney for Debtor | ☐ Hand-delivered<br>[✓] Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.