Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  Ruth I Baez
Debtor

           Case No.: 15−23635−JNP
           Chapter 7

New Jersey Department of Labor & Workforce
Development, Division of Unemployment and Disability
Insurance
Plaintiff

v.

Ruth I Baez
Defendant

Adv. Proc. No. 15−02295−JNP            Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on June 6, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 10 − 1, 5
Order for Judgment Excepting Debt Due to the State of NJ, Department of Labor and Workforce Development, Division of Unemployment and Disability Insurance from Discharge. (related document:1 Complaint filed by Plaintiff New Jersey Department of Labor & Workforce Development, Division of Unemployment and Disability Insurance, 5 Request to Enter Default Judgment filed by Plaintiff New Jersey Department of Labor & Workforce Development, Division of Unemployment and Disability Insurance).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/6/2016. (cmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 6, 2016
JJW: cmf

                                                  James J. Waldron
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

New Jersey Department of Labor & Workfor,
    Plaintiff

Adv. Proc. No. 15-02295-JNP

Baez,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 06, 2016
    Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2016.
dft    +Ruth I Baez,    25 S. Church Rd. #106,    Maple Shade, NJ 08052-3071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2016 at the address(es) listed below:
    James M. Bennett    on behalf of Plaintiff    New Jersey Department of Labor & Workforce Development, Division of Unemployment and Disability Insurance james.bennett@dol.lps.state.nj.us
    TOTAL: 1